# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | JASON W. CARTER |
| **Case Number:** | 18-24646-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JUNE 13, 2019 10:30 AM    3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
6/13/19 3:55 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

*Matter:*

#8 - Final Confirmation of Plan Dated 11/30/2018 (NFC)
+Objection by Toyota Motor Credit Corporation
R / M #: 8 / 0

*Appearances:*    *While*

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone

Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____ effective _____.
7. __X__ Plan/Motion continued to _10/3/19_ at _11:00_.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

6/6/2019    4:05:32PM