# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

**Debtor:** JASON W. CARTER
**Case Number:** 18-24646-CMB    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 09, 2020 10:30 AM  3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

#8 - Continued Confirmation of Plan Dated 11/30/2018 (NFC)
R / M #: 8 / 0

*Appearances:*

Debtor: White
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

*Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 4/23/20 at 11:30 Am
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:


FILED
JAN 16 2020
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

12/30/201  8:33:02AM