UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JASON W CARTER | CASE NO: 18-24646 CMB |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. 40 & 41 |
| | Hearing Date: August 6, 2020 |
| | Hearing Time: 9:30 a.m. |

On 6/24/2020, I did cause a copy of the following documents, described below,

Amended Chapter 13 Plan Dated June 18, 2020, and the Court's June 20, 2020, Order, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached clerk's mailing matrix

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/24/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JASON W CARTER | CASE NO: 18-24646 CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 40 & 41<br>Hearing Date: August 6, 2020<br>Hearing Time: 9:30 a.m. |

On 6/24/2020, a copy of the following documents, described below,

Amended Chapter 13 Plan Dated June 18, 2020, and the Court's June 20, 2020, Order, upon the Chapter 13 Trustee, Ronda J. Winnecour, by electronic mail and upon all creditors listed on the attached clerk's mailing matrix

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/24/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>03152<br>CASE 18-24646-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>PITTSBURGH<br>WED JUN 24 12-18-10 EDT 2020 | APOTHAKER SCIAN<br>520 FELLOWSHIP ROADC306<br>MOUNT LAUREL NJ 08054-3410 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| DEBTOR<br>JASON W CARTER<br>531 MADISON DRIVE<br>SMITHFIELD PA 15478-1265 | CAVALRY PORTFOLIO SERVICES<br>PO BOX 520<br>VALHALLA NY 10595-0520 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA NY 10595-2321 |
| JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CITI CARD<br>PO BOX 6500<br>SIOUX FALLS SD 57117-6500 | CREDIT COLLECTIONS USA<br>16 DISTRIBUTOR DRIVESUITE 1<br>MORGANTOWN WV 26501-0121 |
| DIRECT TV<br>PO BOX 5007<br>CAROL STREAM IL 60197-5007 | DIRECTV LLC<br>BY AMERICAN INFOSOURCE AS AGENT<br>PO BOX 5008<br>CAROL STREAM IL 60197-5008 | DISCOVER<br>PO BOX 30421<br>SALT LAKE CITY UT 84130-0421 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | ENHANCED RECOVERY<br>8014 BAYBERRY ROAD<br>JACKSONVILLE FL 32256-7412 | JEREMY J KOBESKI<br>PHELAN HALLINAN DIAMOND  JONES LLP<br>OMNI WILLIAM PENN OFFICE TOWER<br>555 GRANT STREET SUITE 300<br>PITTSBURGH PA 15219-4408 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>LIBERTY CENTER<br>1001 LIBERTY AVENUE SUITE 970<br>PITTSBURGH PA 15222-3721 | OLD NAVYSYNCHRONY BANK<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 965003<br>ORLANDO FL 32896-5003 | PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 |
| PENNSYLVANIA DEPT OF REVENUE<br>DEPARTMENT 280946<br>PO BOX 280946<br>ATTN- BANKRUPTCY DIVISION<br>HARRISBURG PA 17128-0946 | PHELAN HALLINAN DIAMOND  JONES LLP<br>ONE PENN CENTER PLAZA  SUBURBAN STATION<br>1617 JOHN F KENNEDY BLVD--SUITE 1400<br>PHILADELPHIA PA 19103-1814 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| SAMS CLUBSYNCHRONY BANK<br>ATTENTION BANKRUPTCY DEPARTMENT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SANTANDER CONSUMER USA<br>ATTN BANKRUPTCY DEPT<br>PO BOX 560284<br>DALLAS TX 75356-0284 | SANTANDER CONSUMER USA INC<br>PO BOX 560284<br>DALLAS TX 75356-0284 |
| SEQUIUM ASSET SOLUTIONS LLC<br>1130 NORTHCHASE PARKWAYSUITE 150<br>MARIETTA GA 30067-6413 | SOUTHWESTERN ENDOSCOPY CENTER<br>300 SPRING CREEK LANELOWER LEVEL<br>UNIONTOWN PA 15401-9069 | SPRINT<br>PO BOX 8077<br>LONDON KY 40742-8077 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 8026
CEDAR RAPIDS IA 52408-8026

TOYOTA MOTOR CREDIT CORPORATION
PO BOX 9013
ADDISON TEXAS 75001-9013

TOYS R US CREDIT CARDSYNCHRONY BANK
BANKRUPTCY DEPARTMENT
PO BOX 965060
ORLANDO FL 32896-5060

CARRINGTON MTG SERV WILMINGTON SAVINGS
1600 S DOUGLASS RD
ANAHEIM CA 92806-5948

WILMINGTON SAVINGS CARRINGTON MTG SERV
1600 S DOUGLASS RD
ANAHEIM CA 92806-5948

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541

EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV & WHITE PC
18 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723

EXCLUDE
RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702