IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jason W. Carter, | : | Case No. 18-24646 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Related to Document No. 64 |

CERTIFICATE OF SERVICE OF ORDER FOR WAGE ATTACHMENT
AND NOTIFICATION OF DEBTOR'S SOCIAL SECURITY NUMBER

    I, Daniel R. White, Attorney for Debtor, certify that on June 13, 2022, I served a copy of the Court's June 13, 2022, wage attachment order and Local Form 12, Notification of Debtor's Social Security Number upon Debtor's employer at SCI Greene Attn: Payroll Manager, COPA Exec Office, P.O. Box 8006, Harrisburg, PA 17105.

    Method of service: first class mail, postage prepaid.

    Total number of parties served: 1

    Date executed: June 13, 2022

ZEBLEY MEHALOV & WHITE, P.C.

BY

/s/ Daniel R. White
    Daniel R. White
    PA I.D. No. 78718
    P.O. Box 2123
    Uniontown, PA 15401
    724-439-9200
    Attorneys for Debtor