Certificate Number: 03621-PAW-DE-037623867

Bankruptcy Case Number: 18-24646



03621-PAW-DE-037623867

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 26, 2023</u>, at <u>2:51</u> o'clock <u>PM EDT</u>, <u>Jason Carter</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>July 26, 2023</u>           By:    <u>/s/Kenslande Jeanbart</u>

                                Name:  <u>Kenslande Jeanbart</u>

                                Title:  <u>Credit Counselor</u>