IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-24646 CMB |
| | : | |
| Jason W. Carter, | : | Chapter 13 |
| | : | |
|    Debtor. | : | Document No.: _____ |
| | : | |
| Jason W. Carter, | : | |
| | : | |
|    Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Portfolio Recovery Associates, and Cavalry SPV I, LLC, | : | |
| | : | |
|    Respondents. | | |

Certification of No Objection
<u>Regarding Debtor's Motion to Avoid Judgment Liens</u>

     The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Avoid Judgment Liens filed on September 13, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Avoid Judgment Liens were to be filed and served no later than October 2, 2023.

     It is hereby respectfully requested that the Order attached to the Motion to Avoid Judgment Liens be entered by the Court.

Dated: October 3, 2023

ZEBLEY MEHALOV & WHITE, P.C.

By: <u>/s/ Daniel R. White</u>
Daniel R. White
PA I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
(724) 439-9200
Email: dwhite@Zeblaw.com
Attorneys for Debtor