UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>  JASON W. CARTER | Case No. 18-24646CMB |
| Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>  vs.<br>JASON W. CARTER | Chapter 13 |
| | Document No. 87 |
| Respondents | |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __19th__ day of __December__, 20__23__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Commonwealth Of Pa
Attn: Payroll Manager
Exec Off-Bur Of Cmmnwlth Payroll Operations
Po Box 8006
Harrisburg, PA 17105

is hereby ordered to immediately terminate the attachment of the wages of JASON W. CARTER, social security number XXX-XX-0657. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JASON W. CARTER.

BY THE COURT:

_Carlota M. Böhm_
**dmr**
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

FILED
12/19/23 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24646-CMB |
| Jason W. Carter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

**Recip ID     Recipient Name and Address**
db      + Jason W. Carter, 531 Madison Drive, Smithfield, PA 15478-1265

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Plaintiff Jason W. Carter lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Daniel R. White | on behalf of Debtor Jason W. Carter lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| James Warmbrodt | on behalf of Defendant Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pawb@fedphe.com, mcupec@grenenbirsic.com |
| Office of the United States Trustee | |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour     ustpregion03.pi.ecf@usdoj.gov

cmecf@chapter13trusteewdpa.com

TOTAL: 7