IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Jason W. Carter, | : | Case No. 18-24646 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Jason W. Carter, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, | : | |
| | : | |
| Respondent. | : | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

AND NOW comes the Debtor, Jason W. Carter, by and through his Counsel, Tremba, Kinney, Greiner & Kerr, LLC and Daniel R. White, Esquire, and certifies under penalty of perjury that the following statements are true and correct:

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. Debtor is required to pay Domestic Support Obligations and has paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On September 6, 2023, at docket number 72, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of a Post-Petition Instructional Course in Personal Financial Management, with the Certificate of Completion attached to the form.

This Certification is being signed under penalty of perjury by: Debtor carefully examined and understands each of the Bankruptcy Code sections referenced in this Certification.

Dated: January 8, 2024

                                                    /s/ Jason W. Carter
                                                  Jason W. Carter, Debtor

        TREMBA, KINNEY, GREINER & KERR, LLC

BY: /s/ Daniel R. White
     Daniel R. White, Esquire
     PA I.D. No. 78718
     724-628-7955
     dwhite@westpalawyers.com