**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> JASON W. CARTER <br><br>     Debtor(s) <br><br> Ronda J. Winnecour <br> Chapter 13 Trustee, <br>     Movant <br>     vs. <br> No Respondents. | Case No.:18-24646 <br><br> Chapter 13 <br><br> Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

February 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 11/30/2018 and confirmed on 1/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 142,345.00 |
| Less Refunds to Debtor | 755.42 | |
| TOTAL AMOUNT OF PLAN FUND | | 141,589.58 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,252.60 | |
|    Trustee Fee | 6,797.72 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,050.32 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 0.00 | 75,214.08 | 0.00 | 75,214.08 |
|     Acct: 3922 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 16,242.00 | 16,242.00 | 0.00 | 16,242.00 |
|     Acct: 3922 | | | | |
|   SANTANDER CONSUMER USA | 20,158.31 | 20,158.31 | 2,940.89 | 23,099.20 |
|     Acct: 6896 | | | | |
|   TOYOTA MOTOR CREDIT CORP (TMCC) | 10,500.00 | 10,500.00 | 1,233.94 | 11,733.94 |
|     Acct: 2253 | | | | |
| | | | | 126,289.22 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ AND TREMBA KINN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON W. CARTER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JASON W. CARTER | 755.42 | 755.42 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC(++) | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DANIEL R WHITE ESQ(++) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ZEBLEY MEHALOV & WHITE PC(++) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4/23 | | | | |
|   DANIEL R WHITE ESQ AND TREMBA KINN | 4,252.60 | 4,252.60 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX4/23 | | | | |
|   CARRINGTON MORTGAGE SERVICES LLC | 250.00 | 250.00 | 0.00 | 250.00 |
|     Acct: 3922 | | | | |
| | | | | 250.00 |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE(*) | 5,514.68 | 261.56 | 0.00 | 261.56 |
|     Acct: 9296 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 3,206.05 | 152.06 | 0.00 | 152.06 |
|     Acct: 6112 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 1,578.62 | 74.87 | 0.00 | 74.87 |

18-24646                                                                                                           Page 2 of 2

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 5634 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 218.00 | 10.34 | 0.00 | 10.34 |
| | Acct: 9071 | | | | |
| | DIRECTV LLC BY AMERICAN INFOSOURC | 564.97 | 26.80 | 0.00 | 26.80 |
| | Acct: 5655 | | | | |
| | DISCOVER BANK(*) | 1,371.07 | 65.03 | 0.00 | 65.03 |
| | Acct: 0745 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1442 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 1,927.47 | 91.42 | 0.00 | 91.42 |
| | Acct: 7670 | | | | |
| | SOUTHWESTERN ENDOSCOPY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6501 | | | | |
| | SPRINT CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2421 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9259 | | | | |
| | TOYOTA MOTOR CREDIT CORP (TMCC) | 6,703.86 | 317.96 | 0.00 | 317.96 |
| | Acct: 2253 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4503 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | APOTHAKER & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ASHLEY CUNNINGHAM | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCALLA RAYMER  ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 1,000.04 |

TOTAL PAID TO CREDITORS                                                                                        127,539.26

TOTAL CLAIMED
PRIORITY            250.00
SECURED          46,900.31
UNSECURED       21,084.72

Date: 02/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON W. CARTER

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:18-24646

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-24646-CMB |
| Jason W. Carter | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason W. Carter, 531 Madison Drive, Smithfield, PA 15478-1265 |
| 14958399 | #+ | Apothaker Scian, 520 Fellowship Road--C306, Mount Laurel, NJ 08054-3410 |
| 14958410 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14958415 | | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | CARRINGTON MTG SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15643347 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15185277 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 29 2024 00:25:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| 14958400 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 29 2024 00:27:46 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14958401 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 00:26:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14958402 | + | Email/Text: bankruptcy@cavps.com | Feb 29 2024 00:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14958404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 29 2024 00:39:30 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14958405 | + | Email/Text: ccusa@ccuhome.com | Feb 29 2024 00:25:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14958406 | | Email/Text: G06041@att.com | Feb 29 2024 00:26:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14985797 | | Email/Text: G06041@att.com | Feb 29 2024 00:26:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14958407 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:25:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |
| 14961648 | | Email/Text: mrdiscen@discover.com | Feb 29 2024 00:25:00 | Discover Bank, Discover Products Inc, PO Box |

Case 18-24646-CMB   Doc 102   Filed 03/01/24   Entered 03/02/24 00:29:04   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14958408 | | Email/Text: bknotice@ercbpo.com | Feb 29 2024 00:26:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14958403 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 00:27:45 | Chase Home Finance, Attn: Bankruptcy Department, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986585 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 29 2024 00:39:37 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15303187 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 29 2024 00:25:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14958409 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:28:14 | Old Navy/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14958411 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:28 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14988030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:51:49 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14990530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:28:15 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14959223 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 29 2024 00:39:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958414 | | Email/Text: bankruptcy@sequium.com | Feb 29 2024 00:25:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway--Suite 150, Marietta, GA 30067 |
| 14958416 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Feb 29 2024 00:27:47 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14958412 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:38:49 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14958413 | | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 00:26:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15007621 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 29 2024 00:26:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14958417 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Feb 29 2024 00:25:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14983013 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 29 2024 00:25:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14958418 | | Email/PDF: ais.sync.ebn@aisinfo.com | Feb 29 2024 00:27:50 | Toys R US Credit Card/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Toyota Motor Credit Corporation |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14959931 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 28, 2024 | Form ID: pdf900 | Total Noticed: 34 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Plaintiff Jason W. Carter r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Jason W. Carter r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of Defendant Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pawb@fedphe.com, mcupec@grenenbirsic.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7