IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JASON W. CARTER

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:18-24646

Chapter 13

Document No.: 100

**ENTERED BY DEFAULT**

ORDER OF COURT

AND NOW, this __16th__ day of __April__, 20_24_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
4/16/24 11:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

*Carlota M. Böhm*
U.S. BANKRUPTCY JUDGE    dmr

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Jason W. Carter  
    Debtor

Case No. 18-24646-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Apr 16, 2024      Form ID: pdf900      Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Jason W. Carter, 531 Madison Drive, Smithfield, PA 15478-1265 |
| 14958410 | | Phelan Hallinan Diamond & Jones, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 14958415 | | Southwestern Endoscopy Center, 300 Spring Creek Lane--Lower Level, Uniontown, PA 15401-9069 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | CARRINGTON MTG SERV WILMINGTON SAVINGS, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 15643347 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Anaheim, CA 92806 |
| 15185277 | | Email/Text: BKBCNMAIL@carringtonms.com | Apr 16 2024 23:50:00 | WILMINGTON SAVINGS, CARRINGTON MTG SERV, 1600 S. DOUGLASS RD., ANAHEIM, CA 92806 |
| 14958400 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 16 2024 23:59:01 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14958401 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2024 23:52:00 | Cavalry Portfolio Services, P.O. Box 520, Valhalla, NY 10595-0520 |
| 14958402 | + | Email/Text: bankruptcy@cavps.com | Apr 16 2024 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive--Suite 400, Valhalla, NY 10595-2321 |
| 14958404 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 17 2024 00:00:22 | Citi Card, P.O. Box 6500, Sioux Falls, SD 57117-6500 |
| 14958405 | + | Email/Text: ccusa@ccuhome.com | Apr 16 2024 23:50:00 | Credit Collections, USA, 16 Distributor Drive--Suite 1, Morgantown, WV 26501-7209 |
| 14958406 | | Email/Text: G06041@att.com | Apr 16 2024 23:52:00 | Direct TV, P.O. Box 5007, Carol Stream, IL 60197-5007 |
| 14985797 | | Email/Text: G06041@att.com | Apr 16 2024 23:52:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14958407 | | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover, P.O. Box 30421, Salt Lake City, UT 84130-0421 |

Case 18-24646-CMB   Doc 106   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14961648 | | Email/Text: mrdiscen@discover.com | Apr 16 2024 23:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14958408 | | Email/Text: bknotice@ercbpo.com | Apr 16 2024 23:52:00 | Enhanced Recovery, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14958403 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 17 2024 00:00:04 | Chase Home Finance, Attn: Bankruptcy Department, 3415 Vision Drive, Columbus, OH 43219-6009 |
| 14986585 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 16 2024 23:59:24 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 15303187 | | Email/Text: BankruptcyECFMail@mccalla.com | Apr 16 2024 23:51:00 | Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 14958409 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:59:10 | Old Navy/Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 965003, Orlando, FL 32896-5003 |
| 14958411 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:27 | Portfolio Recovery, 120 Corporate Boulevard--Suite 1, Norfolk, VA 23502 |
| 14988030 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:34 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14990530 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 16 2024 23:59:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14959223 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 17 2024 00:13:34 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14958414 | | Email/Text: bankruptcy@sequium.com | Apr 16 2024 23:51:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway--Suite 150, Marietta, GA 30067 |
| 14958416 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Apr 16 2024 23:59:02 | Sprint, P.O. Box 8077, London, KY 40742 |
| 14958412 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 17 2024 00:13:32 | Sam's Club/Synchrony Bank, Attention: Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |
| 14958413 | | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2024 23:52:00 | Santander Consumer USA, Attn: Bankruptcy Dept., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15007621 | + | Email/Text: enotifications@santanderconsumerusa.com | Apr 16 2024 23:52:00 | Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14958417 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Apr 16 2024 23:51:00 | Toyota Financial Services, P.O. Box 8026, Cedar Rapids, IA 52408-8026 |
| 14983013 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 16 2024 23:51:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14958418 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 16 2024 23:58:57 | Toys R US Credit Card/Synchrony Bank, Bankruptcy Department, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 30

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| cr | | Toyota Motor Credit Corporation |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, Wilmington Savings Fund Society, FSB, as trustee o, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |

Case 18-24646-CMB   Doc 106   Filed 04/18/24   Entered 04/19/24 00:30:28   Desc
Imaged Certificate of Notice   Page 4 of 4

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 16, 2024 | Form ID: pdf900 | Total Noticed: 33 |

| | | |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14959931 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14958399 | ##+ | Apothaker Scian, 520 Fellowship Road--C306, Mount Laurel, NJ 08054-3410 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2024              Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel R. White | on behalf of Plaintiff Jason W. Carter r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Daniel R. White | on behalf of Debtor Jason W. Carter r63228@notify.bestcase.com;ethomas@westpalawyers.com;kcostello@westpalawyers.com |
| Denise Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com |
| James Warmbrodt | on behalf of Defendant Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| Jeremy J. Kobeski | on behalf of Creditor JPMORGAN CHASE BANK NATIONAL ASSOCIATION pawb@fedphe.com, mcupec@grenenbirsic.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 7